# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1995
Lower Tribunal No. 2019-CF-4725-A-O

_____

MICHAEL MAURICE JOHNSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Paetra T. Brownlee and Michael J. Snure, Judges.

April 14, 2026

PER CURIAM.

AFFIRMED.

WOZNIAK, SMITH and GANNAM, JJ., concur.


Blair Allen, Public Defender, and Keith Peterson, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marissa V. Giles, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED